### BELL V. THE STATE.

(Decided June 10, 1913.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—No bill of exceptions and no error in the record. Affirmed.